IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Pasinee Bhavilai,

Plaintiff(s),

v.

Microsoft Corporation,

Defendant(s).

Case No. 1:22-cv-03440
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

      which ☐ includes          pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Microsoft Corporation
and against plaintiff(s) Pasinee Bhavilai
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.


Date: 2/27/2024                                    Thomas G. Bruton, Clerk of Court

                                                                       E. Wall, Deputy Clerk